## James Otis Law Group, LLC

13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
(314) 562-0031

May 29, 2024

<u>Via ACMS Electronic Filing</u>
Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE: *Carroll v. Trump*, No. 24-644 – Scheduling Notification for Opening Brief

Dear Ms. Wolfe,

  I am counsel for Appellant President Donald J. Trump in the above-referenced matter. Pursuant to Local Rule 31.2(a)(1)(A), please accept this letter as Appellant's request for the deadline for his Appellant's Brief to be set for August 14, 2024. That date is 91 days after May 15, 2024, *i.e.*, the "ready date" as defined by the local rule.

              Sincerely,

              JAMES OTIS LAW GROUP, LLC

              <u>*/s/ D. John Sauer*</u>
              D. John Sauer
              13321 N. Outer Forty Rd., Suite 300
              St. Louis, Missouri 63017
              (314) 562-0031
              John.Sauer@james-otis.com
              *Counsel for Appellant*
              *President Donald J. Trump*

cc:  All counsel via ACMS electronic filing