# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand twenty-four,

E. Jean Carroll,

    Plaintiff-ctr-defendant - Appellee,

v.

Donald Trump, in his personal capacity,

    Defendant-ctr-claimant - Appellant.

**ORDER**
Docket No. 24-644

Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 14, 2024, as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before August 14, 2024. The appeal is dismissed effective August 14, 2024, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court