# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-644

**Motion for:** Extension of Time to File Brief

**Caption [use short title]:** Carroll v. Trump

Set forth below precise, complete statement of relief sought:

Extension of the due date for Appellant's Brief to September 13, 2024 (see attached motion).

**MOVING PARTY:** Donald J. Trump
**OPPOSING PARTY:** E. Jean Carroll

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** D. John Sauer
**OPPOSING ATTORNEY:** Roberta Kaplan

[name of attorney, with firm, address, phone number and e-mail]

James Otis Law Group, LLC
13321 N. Outer Forty Rd., Suite 300, St. Louis, MO 63017
(314) 562-0031; John.Sauer@james-otis.com

Kaplan Martin LLP
156 West 56th St., Suite 207
(212) 316-9500; RKaplan@kaplanmartin.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Judge Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
D. John Sauer (Digitally signed by D. John Sauer, Date: 2024.08.07 12:58:27 -05'00')
**Date:** August 7, 2024
**Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS<br>FOR THE SECOND CIRCUIT

| | |
|---|---|
| E. JEAN CARROLL,<br><br>   *Plaintiff-Appellee*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>   *Defendant-Appellant*, | No. 24-644 |

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION<br>FOR EXTENSION OF TIME TO FILE BRIEF**

Pursuant to Local Rule 27.1(f), Defendant-Appellant Donald J. Trump respectfully requests that this Court extend the deadline to file his Brief of Appellant and Appendix from August 14, 2024, to September 13, 2024. In support thereof, Defendant-Appellant states:

1. Defendant-Appellant's Brief is currently due August 14, 2024.

2. This is Defendant-Appellant's first request for an extension of time.

3. The parties' counsel have conferred about this request, and Plaintiff-Appellee consents to the relief sought herein.

4. Extending the deadline for Defendant-Appellant's Brief to September 13, 2024, is warranted due to the extraordinary press of business facing counsel for Appellant, including emergency-stay appellate briefing in other matters, expedited

1

merits briefing in a major complex civil case, and multiple other briefing deadlines in the same time frame.

5. Due to the extraordinary press of matters facing Defendant-Appellant's counsel, a 30-day extension to September 13, 2024, is warranted.

WHEREFORE, Defendant-Appellant respectfully requests that this Court grant a 30-day extension of time to file his Brief of Appellant and the Appendix, setting the deadline for September 13, 2024.

Dated: August 7, 2024
St. Louis, Missouri

*/s/ D. John Sauer*
D. John Sauer
JAMES OTIS LAW GROUP, LLC
13321 N. Outer Forty Rd., Suite 300
St. Louis, Missouri 63017
(314) 562-0031
John.Sauer@james-otis.com

*Attorney for Defendant-Appellant
President Donald J. Trump*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2024, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*
