# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of August, two thousand twenty-four.

Before:      José A. Cabranes,
                  *Circuit Judge.*

_____

| | |
|---|---|
| E. Jean Carroll, | **ORDER** |
|     Plaintiff-Counter Defendant - Appellee, | Docket No. 24-644 |
|     v. | |
| Donald Trump, in his personal capacity, | |
|     Defendant-Counter Claimant - Appellant. | |

_____

     Appellant moves for a 30-day extension until September 13, 2024 to file his brief.

     IT IS HEREBY ORDERED that the motion is GRANTED, upon consent.

                                                 For the Court:
                                                 Catherine O'Hagan Wolfe,
                                                 Clerk of Court

