# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-644

**Motion for:** Extension of Time to File Brief

**Caption [use short title]**

Carroll v. Trump

**Set forth below precise, complete statement of relief sought:**

Extension of the due date for Appellant's Brief to September 27, 2024 (see attached motion)

**MOVING PARTY:** Donald J. Trump
**OPPOSING PARTY:** E. Jean Carroll

☐ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** D. John Sauer
**OPPOSING ATTORNEY:** Roberta Kaplan

[name of attorney, with firm, address, phone number and e-mail]

James Otis Law Group, LLC
13321 N. Outer Forty Rd., Suite 300, St. Louis, MO 63017
(314) 562-0031; john.sauer@james-otis.com

Kaplan Martin LLP
156 West 56th St., Suite 207
(212) 316-9500; rkaplan@kaplanmartin.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Judge Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date: _____

**Signature of Moving Attorney:**
D. John Sauer (Digitally signed by D. John Sauer, Date: 2024.09.12 09:36:33 -05'00') **Date:** September 12, 2024 **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

E. JEAN CARROLL,

    *Plaintiff-Appellee*,

v.

DONALD J. TRUMP,

    *Defendant-Appellant*,

No. 24-644

DEFENDANT-APPELLANT'S SECOND UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Pursuant to Local Rule 27.1(f), Defendant-Appellant Donald J. Trump respectfully requests that this Court extend the deadline to file his Brief of Appellant and Appendix from September 13, 2024, to September 27, 2024. In support thereof, Defendant-Appellant states:

1. Defendant-Appellant's Brief and Appendix are currently due September 13, 2024.

2. This is Defendant-Appellant's second request for an extension of time. The first motion, seeking a 30-day extension to September 13, 2024, was granted on August 9, 2024. *See* Doc. 35.1.

3. The parties' counsel have conferred about this request, and Plaintiff-Appellee consents to the relief sought herein.

1

2

    4.       Extending the deadline for Defendant-Appellant's Brief and Appendix to September 27, 2024, is warranted due to the extraordinary press of business facing counsel for Appellant, including several imminent deadlines in other matters. These include emergency stay briefing in a major First Amendment case, upcoming oral argument in another appellate case involving unusually complex issues, and ongoing briefing commitments in multiple other cases in both federal district court and appellate courts.

    5.       Due to the extraordinary press of matters facing Defendant-Appellant's counsel, a 14-day extension to September 27, 2024, is warranted.

    WHEREFORE, Defendant-Appellant respectfully requests that this Court grant a 14-day extension of time to file his Brief of Appellant and the Appendix, setting the deadline for September 27, 2024.

Dated: September 12, 2024  
St. Louis, Missouri

*/s/ D. John Sauer*  
D. John Sauer  
JAMES OTIS LAW GROUP, LLC  
13321 N. Outer Forty Rd., Suite 300  
St. Louis, Missouri 63017  
(314) 562-0031  
John.Sauer@james-otis.com  

*Attorney for Defendant-Appellant*  
*President Donald J. Trump*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on September 12, 2024, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*
