# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand twenty-four.

---

E. Jean Carroll,

    Plaintiff-Counter Defendant - Appellee,

v.

Donald Trump, in his personal capacity,

    Defendant-Counter Claimant - Appellant.

**ORDER**

Docket No. 24-644

---

IT IS HEREBY ORDERED that Appellant's motion for an extension of time to file the opening brief is DENIED as moot. Appellant's brief and the appendix were timely filed on September 13, 2024.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court