UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** _____  Caption [use short title] _____

**Motion for:** _____
_____
_____

Set forth below precise, complete statement of relief sought:
_____
_____
_____
_____
_____
_____

**MOVING PARTY:** _____  **OPPOSING PARTY:** _____

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____  **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]
_____
_____
_____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____
_____
_____
_____

Is the oral argument on motion requested?  ☐ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☐ No  If yes, enter date: _____

**Signature of Moving Attorney:**
_____ **Date:** _____  Service: ☐ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

E. JEAN CARROLL,

    *Plaintiff-Appellee*,

v.

DONALD J. TRUMP,

    *Defendant-Appellant,*

Case No. 24-644

**PLAINTIFF-APPELLEE'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE BRIEF**

Pursuant to Local Rule 27.1(f), Plaintiff-Appellee E. Jean Carroll respectfully requests that this Court extend the deadline to file her brief for Appellee and Appendix from December 13, 2024 to January 27, 2025 (or by 45 days). In support thereof, Plaintiff-Appellee states as follows:

1. Plaintiff-Appellee's brief is currently due to be filed on December 13, 2024.

2. This is Plaintiff-Appellee's first request for an extension of time.

3. Counsel for Plaintiff-Appellee has reached out to counsel for Defendant-Appellant who confirmed that they consent to this extension for the reasons explained below.

4. The reason for this request for an extension is due to the extraordinary amount of expedited motion practice that is currently taking place involving the Metropolitan Transportation Authority ("MTA"). More specifically, counsel for Plaintiff-Appellee is representing the MTA in at least ten different cases brought by dozens of different plaintiffs pending before four district court judges (Liman, Seibel, Gordon, Azrack). *See Chan et al. v. U.S. Dep't of Transp. et al.*, No. 23 Civ. 10365 (S.D.N.Y.); *Mulgrew*

*et al. v. U.S. Dep't of Transp. et al.*, No. 24 Civ. 1644 (S.D.N.Y.); *New Yorkers Against Congestion Pricing Tax et al. v. U.S. Dep't of Transp. et al.*, No. 24 Civ. 367 (S.D.N.Y.); *Trucking Ass'n of N.Y. v. Metro. Transp. Auth. et al.*, No. 24 Civ. 4111 (S.D.N.Y.); *County of Rockland et al. v. Triborough Bridge & Tunnel Authority et al.*, No. 24 Civ. 2285 (S.D.N.Y.); *Neuhaus et al. v. Triborough Bridge & Tunnel Authority et al.*, No. 24 Civ. 3983 (S.D.N.Y.); *Town of Hempstead et al. v. Hochul et al.*, No. 24 Civ. 8121 (E.D.N.Y.); *Town of Hempstead, et al. v. Triborough Bridge and Tunnel Authority, et al.*, No. 24 Civ. 3263 (E.D.N.Y.); *New Jersey v. U.S. Dep't of Transp., et al.*, No. 23 Civ. 3885 (D.N.J.); *Sokolich et al. v. U.S. Dep't of Transp., et al.*, No. 23 Civ. 21728 (D.N.J.).

5. In virtually all of these cases, the plaintiffs are currently seeking preliminary injunctive relief to stop the MTA from implementing congestion pricing in Manhattan (currently scheduled to take place at the beginning of January 2025) on various statutory and constitutional grounds (including, among others, the right to travel, the dormant commerce clause, the eighth amendment, the equal protection clause, NEPA, SAPA, and New York's Green Amendment). Given the complexity, it is no exaggeration to say that the degree of coordination required by these cases under these circumstances is extraordinary. Plaintiff-Appellee would prefer that her counsel be able to submit her brief to this Court after these motions for preliminary injunctive relief relating to congestion pricing have been resolved.

WHEREFORE, Plaintiff-Appellee respectfully requests that this Court grant a 45-day extension of time to file her Brief for Appellee and the Appendix, setting the deadline for January 27, 2025.

Dated: December 4, 2024
New York, New York

Respectfully submitted,

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
KAPLAN MARTIN LLP
156 West 56th Street, Suite 207
New York, New York 10019
(212) 316-9500
rkaplan@kaplanmartin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 4, 2024, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in this case.

*/s/ Roberta A. Kaplan*
