# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand twenty-four.

Before:     José A. Cabranes,
                   *Circuit Judge.*

---

E. Jean Carroll,

    Plaintiff-Counter-Defendant - Appellee,

  v.

Donald Trump, in his personal capacity,

    Defendant-Counter-Claimant - Appellant.

---

**ORDER**

Docket No. 24-644

Appellee moves for a 45-day extension to January 27, 2025 to file her response brief.

IT IS HEREBY ORDERED that the motion is GRANTED, on consent.

                                                For the Court:
                                                Catherine O'Hagan Wolfe,
                                                Clerk of Court

