UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-644

**Caption [use short title]**

**Motion for:** Leave to Include Materials From Related Case In Appellee's Supplemental Appendix

Carroll v. Trump

Set forth below precise, complete statement of relief sought:

For the Court to allow Plaintiff-Appellee to include two documents filed in Carroll v. Trump, No. 22 Civ. 10016 (S.D.N.Y.) in Appellee's Supplemental Appendix

**MOVING PARTY:** E. Jean Carroll     **OPPOSING PARTY:** Donald J. Trump

☐ Plaintiff     ☐ Defendant
☐ Appellant/Petitioner     ☒ Appellee/Respondent

**MOVING ATTORNEY:** Roberta Kaplan     **OPPOSING ATTORNEY:** John Sauer

[name of attorney, with firm, address, phone number and e-mail]

Kaplan Martin LLP
1133 Avenue of the Americas, Suite 1500, New York, NY 10036
(212) 316-9500, rkaplan@kaplanmartin.com

James Otis Law Group, LLC
13321 N. Outer Forty Rd., Suite 300, Chesterfield, Missouri 63017
(314) 562-0031, John.Sauer@james-otis.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Judge Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?        ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?   ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes  ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Roberta Kaplan    **Date:** 1/27/2025    **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

## PLAINTIFF-COUNTER-DENFENDANT-APPELLEE CARROLL'S MOTION TO INCLUDE MATERIALS FROM RELATED CASE IN SUPPLEMENTAL APPENDIX

Plaintiff-Counter-Defendant-Appellee E. Jean Carroll ("Carroll") respectfully moves the Court for leave to include in the Supplemental Appendix two documents from the related action, *Carroll v. Trump*, No. 22 Civ. 10016 (S.D.N.Y.) ("*Carroll II*"), which are relevant to the present appeal (collectively referred to herein as the "*Carroll II* Documents").[1] Counsel for Carroll contacted counsel for Defendant-Appellant Donald J. Trump ("Trump") on January 25, 2025, to request consent to include the *Carroll II* Documents in the Supplemental Appendix, but did not receive a response. Because this Court can take judicial notice of the *Carroll II* Documents and access them through the Court's PACER system, there is no need for the Court and its law clerks to be burdened with the task of retrieving these documents when the *Carroll II* Documents can be conveniently included in the Supplemental Appendix.

In support of her motion, Carroll states as follows:

1. Along with this motion, Carroll has filed her Supplemental Appendix of documents included in the record on appeal and relevant to the issues before the Court, specifically: documents initially submitted by Trump in state court proceedings before this matter was removed to federal court (ECF Nos. 6-6 at 11-

---

[1] The *Carroll II* Documents are found in the Supplemental Appendix as SA.46-96.

13, 6-4 at 110-127), the District Court's opinion on Trump's motion for leave to amend his answer and assert counterclaims (ECF 73), the District Court's order denying the motion to consolidate this case with *Carroll II* (ECF 148), and Trump's response to Carroll's Rule 56.1 statement (ECF 212). These documents are included in Carroll's Supplemental Appendix as of right pursuant to Federal Rule of Appellate Procedure 30 and Local Rule 30.l(g).

2. In addition to the above documents that Carroll has included in the Supplemental Appendix as of right, Carroll also seeks the Court's leave to include the following documents in the Supplemental Appendix, which were filed in the related *Carroll II* action and are relevant to several issues on appeal, but are presently outside of the record in this proceeding, specifically: excerpts of Carroll's testimony at trial in *Carroll II* (available at *Carroll II*, ECF 208-1), and Trump's proposed jury instructions in *Carroll II* (available at *Carroll II*, ECF 102).

3. In this circuit, courts take judicial notice of official records from related proceedings as a matter of course. *See, e.g.*, *Kramer v. Time Warner Inc.*, 937 F.2d 767, 774 (2d Cir. 1991) ("[C]ourts routinely take judicial notice of documents filed in other courts . . . to establish the fact of such litigation an related filings"); *Kalimian v. Liberty Mut. Fire Ins. Co.*, 300 F.2d 547, 550 (2d Cir. 1962) (courts "commonly take notice of the records of judicial proceedings of separate but related actions"). Judicial notice is appropriate here with respect to the *Carroll II* Documents.

4. The excerpt of Carroll's trial testimony in *Carroll II* provides helpful context that will assist the Court in assessing Trump's arguments that the district court misconstrued the judgment in *Carroll II*. Br. 25-30. The district court cited this portion of Carroll's testimony when previously addressing similar arguments by Trump with respect to the *Carroll II* verdict and in the course of entering a factual finding in the alternative pursuant to Rule 49. *See Carroll v. Trump*, 683 F. Supp. 3d 302, 324-26 & nn.67, 70 (S.D.N.Y. 2023), *aff'd*, 124 F.4th 140 (2d Cir. 2024).

5. Trump's proposed jury instructions in *Carroll II* are relevant to his arguments with respect to the proper jury instructions in this case, to the extent that Trump adopts positions in this litigation that are not reflected in his proposed jury instructions on similar causes of action in *Carroll II*.

## **CONCLUSION**

For the reasons set forth above, Carroll respectfully requests that the Court permit Carroll to include the *Carroll II* Documents in the Supplemental Appendix.

3

Dated: New York, New York
       January 27, 2025

Respectfully submitted,

*/s/ Roberta Kaplan*
Roberta A. Kaplan
KAPLAN MARTIN LLP
1133 Avenue of the Americas, Suite 1500
New York, New York 10036
(212) 316-9500

*Attorneys for Plaintiff-Appellee E. Jean Carroll*

4