# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of January, two thousand twenty-five.

Before:    William J. Nardini,
                *Circuit Judge.*

E. Jean Carroll,

    Plaintiff-Counter-Defendant - Appellee,

  v.

Donald Trump, in his personal capacity,

    Defendant-Counter-Claimant - Appellant.

**ORDER**

Docket No. 24-644

    Appellee moves for leave to include documents from a related case, *Carroll v. Trump*, S.D.N.Y. No. 22-cv-10016-LAK, in Appellee's supplemental appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED, there being no objection by the Appellant.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

