

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

February 12, 2025

**BY CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

　　　　Re:　　*Carroll v. Trump*, No. 24-644 (2d Cir.)

Dear Ms. Wolfe:

　　　　We write on behalf of Plaintiff-Counter Defendant-Appellee E. Jean Carroll pursuant to Federal Rule of Appellate Procedure 28(j).

　　　　Yesterday morning, Defendant-Counter Claimant-Appellant Donald J. Trump posted a statement to his Truth Social account (@realDonaldTrump) repeating, once again, his false and defamatory claims against Ms. Carroll. *See* Ex. A. We bring this statement to the Court's attention because it is relevant to whether the need for deterrence adequately supports the jury's punitive damages award. *See* Op. Br. 4, 56-60; Ans. Br. 51-55.

　　　　Although we believe that the record below is more than adequate to affirm the district court's decision denying President Trump's motion for remittitur, because President Trump's post-judgment statement is "not subject to reasonable dispute," Fed. R. Evid. 201(b), and because President Trump will have adequate opportunity to respond in his Reply Brief (due on February 18, 2025), the Court may take judicial notice of the statement at this time, *see Mirlis v. Greer*, 952 F.3d 51, 63 n.11 (2d Cir. 2020) (court was "entitled to take" judicial notice of movant's online blog posts); *Christa McAuliffe Intermediate Sch. PTO, Inc. v. de Blasio*, 364 F. Supp. 3d 253, 263 (S.D.N.Y.) (taking judicial notice of defendant's public social media statements made under his own name), *aff'd*, 788 F. App'x 85 (2d Cir. 2019).

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record (via ECF)