# EXHIBIT A



**Donald J. Trump** ✓
@realDonaldTrump

New York is the most corrupt State in the Union. That is why so many businesses and people are fleeing. We need great Judges and Politicians to help fix New York, and to stop the kind of Lawfare that was launched against me, from falsely valuing Mar-a-Lago at $18 Million Dollars, when it is worth, perhaps, 100 times that amount (The corrupt judge was replaced by another judge, only to be immediately put back on the case when the Democrat political leaders found out that a change of judges was made. It has become a great embarrassment for the New York Judicial System!), to a woman that I had no idea who she was, making a FAKE and ridiculous accusation, to a "case" that was made up by a corrupt and highly conflicted Judge in order to criminally attack me for political purposes. Hopefully, Justice Will Prevail as these cases wind their way through the Appellate System. MAKE NEW YORK GREAT AGAIN!

**6.16k** ReTruths   **25.1k** Likes                    Feb 11, 2025, 5:43 AM