NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: CARROLL v. TRUMP     Docket No.: 24-644

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: MICHAEL T. MADAIO

Firm: HABBA MADAIO & ASSOCIATES LLP

Address: 112 W. 34th St, 17th AND 18th Floors, New York, NY 10120

Telephone: 908-869-1188     Fax: 908-450-1881

E-mail: mmadaio@habbalaw.com

Appearance for: Defendant-Appellant Donald J. Trump
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☑ Substitute counsel (replacing other counsel: Alina Habba )
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: s/ Michael T. Madaio

Type or Print Name: Michael T. Madaio