UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 24-644

Motion for: Substitution of United States for Defendant-Appellant Pursuant to the Westfall Act

Set forth below precise, complete statement of relief sought:
To substitute the United States as a party pursuant to the attached Westfall certification. See Ex. A.

Caption [use short title]

# Carroll v. Trump

MOVING PARTY: Donald J. Trump        OPPOSING PARTY: E. Jean Carroll

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Michael E. Talent        OPPOSING ATTORNEY: Roberta Kaplan
[name of attorney, with firm, address, phone number and e-mail]

James Otis Law Group, LLC                Kaplan Martin LLP
530 Maryville Centre Dr., Suite 230, St. Louis MO 63141   156 West 56th St., Suite 207
314-949-3018, michael.talent@james-otis.com   212-316-9500, RKaplan@kaplanmartin.com

Court-Judge/Agency appealed from: Southern District of New York, Judge Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____
(see Ex. C for opposing counsel's current position)

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

Michael E. Talent  *Digitally signed by Michael E. Talent. Date: 2025.04.11 17:35:21 -05'00'*   Date: 4/11/2025   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

E. JEAN CARROLL,

    *Plaintiff-Appellee,*

v.     No. 24-644

DONALD J. TRUMP,

    *Defendant-Appellant.*

**JOINT MOTION OF SUBSTITUTION OF UNITED STATES FOR DEFENDANT-APPELLANT PURUSANT TO THE WESTFALL ACT**

Pursuant to 28 U.S.C. § 2679(d) and Fed. R. App. P. 27 and 43(b), the United States and the individual Defendant-Appellant Donald J. Trump jointly move to substitute the United States for President Trump pursuant to a certification issued under the Federal Torts Claims Act, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988.

1. Plaintiff-Appellee asserts claims for defamation against Defendant for statements made while he was President of the United States.

2. The Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671–2680, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988, Pub. L. No. 100-694 § 5, 102 Stat. 4563 (1988), provides that suits against the United States shall be the exclusive remedy for persons with

1

claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. 28 U.S.C. § 2679(b)(1). The New York common law claims alleged in Plaintiff-Appellee's First Amended Complaint fall within this provision. The two exceptions to this exclusive remedy provision do not apply to these claims. *Id.* § 2679(b)(2).

3. The FTCA also provides that upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the incident out of which the plaintiff's claim arose, any civil action or proceeding commenced upon such a claim and arising under state law shall be deemed an action against the United States, and the United States shall be substituted as the defendant with respect to those claims. 28 U.S.C. § 2679(d)(1), (2). Certification authority has been delegated to the United States Attorneys and the Directors of the Civil Division's Torts Branch. 28 C.F.R. § 15.4.

4. Kirsten L. Wilkerson, Director of the Torts Branch, Civil Division, United States Department of Justice, has certified that the Defendant-Appellant Donald J. Trump was acting in the scope of his office or employment at the time of the incidents out of which Plaintiff-Appellee's claims arose. Ex. A.

5. Substitution is required because once the Attorney General certifies that a defendant is acting within the scope of his office or employment, the United States is the party defendant unless and until a court rules to the contrary. *See Osborn v.*

2

*Haley*, 549 U.S. 225, 231 (2007). The action is "deemed an action against the United States … and the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(1); *see Kelley v. United States*, 568 F.2d 259, 263 (2d Cir. 1978), *abrogated in part by statute* ("[T]he Government [is] a party to suit against employee as a matter of law if employee acting within scope of employment.") (summarizing, parenthetically, *Jones v. Polishuk*, 252 F. Supp. 752, 754 (E.D. Tenn. 1966)).

6. Furthermore, substitution is required under Fed. R. App. P. 43(b). The United States is the party as a matter of law, and indeed the only party against whom Carroll has a remedy for President Trump's official acts. 28 U.S.C. § 2679(b)(1). By law, litigation of the matter is reserved to the Department of Justice. 28 U.S.C. § 516.

For the foregoing reasons, the United States must be substituted as Defendant-Appellee with respect to this action. The Court is respectfully referred to the Certification of Scope of Employment filed along with this motion. Ex. A.

3

Dated: April 11, 2025                                              Respectfully Submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

*/s/ Jonathan D. Guynn*                     */s/ Michael E. Talent*
Jonathan D. Guynn                           Michael E. Talent
Deputy Assistant Attorney General           JAMES OTIS LAW GROUP, LLC
Torts Branch, Civil Division                530 Maryville Centre Dr.
U.S. Department of Justice                  Suite 230
950 Pennsylvania Avenue NW                  St. Louis, MO 63141
Washington, DC 20530                        (314) 949-3018
(202) 514-7835                              *michael.talent@james-otis.com*
*jonathan.guynn@usdoj.gov*

4

## CERTIFICATE OF SERVICE

I hereby certify that, on April 11, 2025, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Michael E. Talent*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d) because it contains 565 words, excluding those portions pursuant to Federal Rule of Appellate Procedure 32(f), according to Microsoft Word.

This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d) because it was prepared in a proportionally spaced typeface in Microsoft Word utilizing 14-point Times New Roman font.

*/s/ Michael E. Talent*