# Exhibit A

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

E. JEAN CARROLL,

*Plaintiff-Counter Defendant-Appellee*,

v.

DONALD TRUMP, in his personal capacity,

*Defendant-Counter Claimant - Appellant*

No. 24-644

**CERTIFICATION**

I, Kirsten L. Wilkerson, Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I have read the First Amended Complaint in this action. On the basis of the information now available with respect to the claims asserted therein, I find that Donald J. Trump was acting within the scope of his office or employment at the time of the incidents out of which the plaintiff's claims arose.

Dated: April 11, 2025

KIRSTEN WILKERSON

Digitally signed by
KIRSTEN WILKERSON
Date: 2025.04.11 10:56:53
-04'00'

KIRSTEN L. WILKERSON
Director, Torts Branch
Civil Division, United States Department of Justice