# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand twenty-five.

_____

E. Jean Carroll,

    Plaintiff-Counter-Defendant - Appellee,

v.

Donald Trump, in his personal capacity,

    Defendant-Counter-Claimant - Appellant.

_____

**ORDER**

Docket No. 24-644

Appellant Donald Trump and the United States of America jointly move for substitution of the United States as Defendant-Appellant.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court