UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-644

**Motion for:** a continuance of oral argument

**Caption [use short title]**

Carroll v. Trump

Set forth below precise, complete statement of relief sought:

**MOVING PARTY:** Donald Trump  **OPPOSING PARTY:** E. Jean Carroll

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Justin D. Smith  **OPPOSING ATTORNEY:** Roberta A. Kaplan

[name of attorney, with firm, address, phone number and e-mail]

James Otis Law Group, LLC; 530 Maryville Centre Dr., Suite 230, St. Louis, MO 63141; (314) 949-3018; justin.smith@james-otis.com

Kaplan Martin; 1133 Avenue of the Americas, Suite 1500, New York, NY 10036; (212) 316-9500; rkaplan@kaplanmartin.com

**Court- Judge/ Agency appealed from:** U.S. District Court, Southern District of New York; Hon. Lewis Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☒ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☒ Yes  ☐ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☐ No  If yes, enter date: June 24, 2025

**Signature of Moving Attorney:**
Justin D. Smith (Digitally signed by Justin D. Smith Date: 2025.06.09 18:30:01 -05'00')  **Date:** June 9, 2025  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| E. JEAN CARROLL,<br><br>*Plaintiff-Appellee,*<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP,<br><br>*Defendant-Appellant.* | No. 24-644 |

**JOINT MOTION OF THE UNITED STATES AND PRESIDENT TRUMP FOR A CONTINUANCE OF ORAL ARGUMENT**

Pursuant to the Westfall Act, the Attorney General, by and through her designee, has certified that President Trump was acting within the scope of his federal office or employment at the time of his 2017 statements, made from the White House, out of which Plaintiff-Appellee's claims arose. The United States and President Trump maintain that, by operation of law, the United States has been substituted as the party defendant in this case in place of President Trump. Plaintiff disagrees.

This Court has scheduled oral argument in this appeal for June 24, but the Court has not yet resolved the issue of substituting the United States in place of President Trump, in his personal capacity. For the reasons stated below, the United States and President Trump respectfully request that the

Court continue oral argument in this case until the Court has clarified the United States' status in this matter.

The Westfall Act provides a mechanism for the United States to defend claims asserted against federal officers and employees based on conduct within the scope of their office or employment. *See* 28 U.S.C. § 2679(d). When the Attorney General certifies that a defendant was acting within the scope of his federal office or employment at the time of the event(s) out of which a claim arose, the action "shall be deemed" to be an action "against the United States under the provisions of [Title 28]." 28 U.S.C. § 2679(d)(1), (d)(2). Once a Westfall Act certification is issued, the action "shall proceed in the same manner as any action against the United States filed pursuant to [28 U.S.C. § 1346(b)] and shall be subject to the limitations and exceptions applicable to those actions." *Id.* § 2679(d)(4).

As required by the Westfall Act, certification by the Attorney General that a defendant was acting within the scope of his federal office or employment changes the identity of the parties to the litigation. By operation of law, as the Supreme Court has recognized, the federal employee or officer who was originally sued "is dismissed from the action, and the United States is substituted as defendant in place of the employee." *Osborn v. Haley*, 549 U.S. 225, 230 (2007); *see also* 28 U.S.C. § 2679(d)(1), (d)(2). Following the

2

Westfall Act certification, the litigation of the case—including any oral argument in a pending appeal—is, by operation of law, reserved to the Department of Justice. 28 U.S.C. § 516. Thus, because of the Westfall Act certification and Notice of Substitution filed on May 1, 2025, Dkt. 107, it is appropriate that the Department of Justice present the oral argument in the pending appeal.

The Westfall Act certification also impacts what legal and factual issues are relevant to the outcome of this appeal. After certification, "[t]he litigation is thereafter governed by the Federal Tort Claims Act (FTCA)." *Osborn*, 549 U.S. at 230. Thus, the certification will impact the substantive arguments addressed at the oral argument in the pending appeal.

For these reasons, the fact that the certification by the Attorney General has, by operation of law, substituted the United States for President Trump, in his personal capacity, will significantly impact oral argument in this appeal. The Court's interest in advancing judicial economy would be served by clarifying the United States' status—considering the Westfall Act certification—before holding oral argument. The United States and President Trump respectfully request that the Court continue oral argument in this appeal until the Court has resolved the issue of substituting the United States for President Trump as the defendant in this appeal, which should be

affirmed by the Court. Plaintiff opposes the request to continue oral argument until the Court has clarified the substitution issue.

WHEREFORE, the United States and President Trump respectfully request that the Court continue oral argument in this matter until after the Court has resolved the issue of substituting the United States as the defendant pursuant to the Westfall Act, which is the correct conclusion.

Dated: June 10, 2025                Respectfully Submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

*/s/ Jonathan Guynn*
Jonathan D. Guynn
Deputy Assistant Attorney General
Torts Branch, Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20503
(202) 514-7835
*jonathan.guynn@usdoj.gov*


*/s/ Justin D. Smith*
Justin D. Smith
James Otis Law Group, LLC
530 Maryville Centre Drive
Suite 230
St. Louis, Missouri 63141
(816) 678-2103
*Justin.Smith@james-otis.com*

4

5

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(C) because it contains 657 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in 14-point Georgia, a proportionally spaced typeface.

/s/ *Justin D. Smith*
Justin D. Smith
