# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand and twenty-five,

_____

E. Jean Carroll,

        Plaintiff-ctr-defendant - Appellee,

 v.

Donald Trump, in his personal capacity,

        Defendant-ctr-claimant - Appellant,

-----------------------------------------

United States of America,

        Movant.

_____

**ORDER**
Docket No. 24-644

    Appellant moves to adjourn oral argument until after the Court has clarified the United States' status in this matter.

    IT IS HEREBY ORDERED that the motion is denied. The Court expects to issue an order on the motion to substitute the week before oral argument.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

