# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand twenty-four,

Before:     Denny Chin,
            Sarah A. L. Merriam,
            Maria Araújo Kahn,
                        *Circuit Judges.*

---

E. Jean Carroll,

       Plaintiff-ctr-defendant - Appellee,

  v.

Donald Trump, in his personal capacity,

       Defendant-ctr-claimant - Appellant,

-----------------------------------------

United States of America,

       Movant.

---

**ORDER**
Docket No. 24-644

     Oral argument in this matter is scheduled for June 24, 2025. Appellant has moved to substitute the United States as a party pursuant to the Westfall Act, 28 U.S.C. §2679(d).

     IT IS HEREBY ORDERED that the motion is DENIED. The Court will issue an opinion detailing its reasoning in due course.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

