| | |
|---|---|
| **From:** | D. Brandon Trice |
| **To:** | Guynn, Jonathan (CIV); Roberta Kaplan |
| **Cc:** | Maximilian Crema; Avita Anand; Thomas Lloyd; Justin Smith |
| **Subject:** | RE: [EXTERNAL] RE: Carroll v. Trump, No. 24-644: Motion to Substitute/Sequencing |
| **Date:** | Thursday, June 19, 2025 2:53:41 PM |

Counsel,

Ms. Carroll opposes the government and Mr. Trump's renewed request to continue oral argument. The Court already denied your motion to continue oral argument while the motion to substitute was pending, where movants requested a continuance "until the Court has clarified the United States' status in this matter" on the grounds that the Attorney General's certification "by operation of law" meant the government was now the proper defendant. ECF 121.1 at 3-4. The Court has now "clarified the United States' status in this matter"—the United States is not a defendant—and by operation of law the "suit will proceed against the government employee"—Mr. Trump—"in a personal capacity." *Carroll v. Trump*, 49 F.4th 759, 766 (2d Cir. 2023). There is no basis whatsoever for the government (or Mr. Trump) to further delay resolution of this matter.

We suspect that the government and Mr. Trump's motion is really about who will argue, given that Mr. Trump previously indicated in his Oral Argument Statement on February 10, 2025 that Mr. Sauer would argue, and Mr. Sauer is now the Solicitor General. ECF 90.1. But that is a problem of Mr. Trump's own making. *See* ECF 90.1. Indeed, as we explained in our opposition to the previous motion for a continuance, Mr. Trump and his counsel have known about the Westfall Act since at least September 8, 2020, when the first certification occurred, and further sat on their hands for three months after Mr. Trump's inauguration and two months after the case was fully briefed on the merits. ECF 122.1 at 2. Mr. Trump should have challenged the certification years ago, when he was required to under the Westfall Act and the district court's scheduling order, and it was incumbent upon him (and his private counsel) to be preparing for oral argument on the scheduled date no matter what, since there was obviously always the possibility that the Circuit would decline to allow substitution.

In our client's view, it is now time for this nearly six-year-old case to finally be resolved on the merits.

We request that you include this email as part of any motion so the Court is fully apprised of the basis for Ms. Carroll's opposition.

Thanks,

**D. Brandon Trice | Kaplan Martin LLP**
Partner
1133 Avenue of the Americas | Suite 1500
New York, NY 10036
(W) (212) 316-9500 | (M) (202) 803-3532
btrice@kaplanmartin.com

**From:** Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>
**Sent:** Thursday, June 19, 2025 1:48 PM
**To:** D. Brandon Trice <btrice@kaplanmartin.com>; Roberta Kaplan <RKaplan@kaplanmartin.com>
**Cc:** Maximilian Crema <mcrema@kaplanmartin.com>; Avita Anand <aanand@kaplanmartin.com>; Thomas Lloyd <tlloyd@kaplanmartin.com>; Justin Smith <justin.smith@james-otis.com>; Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Carroll v. Trump, No. 24-644: Motion to Substitute/Sequencing

**EXTERNAL MESSAGE:** Use caution when opening attachments, clicking links or responding.

Hi Brandon -

Later today, the government and President Trump will jointly move to continue oral argument in *Carroll v. Trump* until the Second Circuit provides the reasoning for its recent order denying the government's motion to substitute under the Westfall Act. I assume based on your prior response that Appellee will oppose the motion. Can you please confirm by 4:30 EST?

Very best,
Jon

---

**From:** D. Brandon Trice <btrice@kaplanmartin.com>
**Sent:** Monday, June 9, 2025 2:48 PM
**To:** Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Roberta Kaplan <RKaplan@kaplanmartin.com>
**Cc:** Maximilian Crema <mcrema@kaplanmartin.com>; Avita Anand <aanand@kaplanmartin.com>; Thomas Lloyd <tlloyd@kaplanmartin.com>; Justin Smith <justin.smith@james-otis.com>
**Subject:** RE: [EXTERNAL] RE: Carroll v. Trump, No. 24-644: Motion to Substitute/Sequencing

Hi Jon,

It's very important to Ms. Carroll that the June 24 argument date stick. As we said in our May 19 letter to the Court, we agree that it would be preferable to have the substitution motion resolved before argument on the merits. But we are prepared to argue both questions on June 24, as the Court prefers, and we cannot consent to the government's proposed motion to continue oral argument. Please be sure to convey our position to the Court.

Best,
Brandon

**D. Brandon Trice | Kaplan Martin LLP**
Partner

1133 Avenue of the Americas | Suite 1500  
New York, NY 10036  
(W) (212) 316-9500 | (M) (202) 803-3532  
btrice@kaplanmartin.com

---

**From:** Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>  
**Sent:** Monday, June 9, 2025 2:19 PM  
**To:** Roberta Kaplan <RKaplan@kaplanmartin.com>  
**Cc:** D. Brandon Trice <btrice@kaplanmartin.com>; Maximilian Crema <mcrema@kaplanmartin.com>; Avita Anand <aanand@kaplanmartin.com>; Thomas Lloyd <tlloyd@kaplanmartin.com>; Justin Smith <justin.smith@james-otis.com>; Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>  
**Subject:** RE: [EXTERNAL] RE: Carroll v. Trump, No. 24-644: Motion to Substitute/Sequencing

> **EXTERNAL MESSAGE:** Use caution when opening attachments, clicking links or responding.

Hello Ms. Kaplan –

Later this afternoon, the government will move to continue oral argument in *Carroll v. Trump* until the Second Circuit resolves the government's motion to substitute under the Westfall Act. Please let us know if you oppose the motion. Regardless, we would represent that Plaintiff stands on her argument that the Westfall Act certification was not effective in this case.

Regards,  
Jon

---

**From:** Roberta Kaplan <RKaplan@kaplanmartin.com>  
**Sent:** Saturday, May 17, 2025 12:54 PM  
**To:** Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>; Michael Talent <Michael.Talent@james-otis.com>  
**Cc:** D. Brandon Trice <btrice@kaplanmartin.com>; Maximilian Crema <mcrema@kaplanmartin.com>; Avita Anand <aanand@kaplanmartin.com>; Thomas Lloyd <tlloyd@kaplanmartin.com>  
**Subject:** RE: [EXTERNAL] RE: Carroll v. Trump, No. 24-644: Motion to Substitute/Sequencing

Great.  Thank you both, gentlemen.  
We will submit a letter to Circuit on Monday.  
And hope you have a relaxing rest of the weekend.

**Roberta Kaplan** | **Kaplan Martin LLP**  
Partner  
1133 Avenue of the Americas | Suite 1500  
New York, New York 10036  
W: (212) 316 - 9500  
rkaplan@kaplanmartin.com

**From:** Guynn, Jonathan (CIV) <Jonathan.Guynn@usdoj.gov>
**Sent:** Saturday, May 17, 2025 11:46 AM
**To:** Michael Talent <Michael.Talent@james-otis.com>
**Cc:** Roberta Kaplan <RKaplan@kaplanmartin.com>; D. Brandon Trice <btrice@kaplanmartin.com>; Maximilian Crema <mcrema@kaplanmartin.com>; Avita Anand <aanand@kaplanmartin.com>; Thomas Lloyd <tlloyd@kaplanmartin.com>
**Subject:** Re: [EXTERNAL] RE: Carroll v. Trump, No. 24-644: Motion to Substitute/Sequencing

> **EXTERNAL MESSAGE:** Use caution when opening attachments, clicking links or responding.

Hello Ms. Kaplan,

You may also represent that the government does not oppose the request.

Regards,
Jon

Sent from my iPhone

> On May 16, 2025, at 5:57 PM, Michael Talent <Michael.Talent@james-otis.com> wrote:
>
> Good afternoon Ms. Kaplan,
>
> You may represent that President Trump does not oppose your request that the Second Circuit decide the Motion to Substitute in advance of oral argument.
>
> I hope you have a great weekend.
>
> Sincerely,
>
> Michael Talent
> Attorney
> James Otis Law Group, LLC
> (O): (314) 949-3018
>
> Admitted to practice in California, Missouri, and Tennessee
>
> **From:** Roberta Kaplan <RKaplan@kaplanmartin.com>
> **Sent:** Thursday, May 15, 2025 11:46 AM

**To:** Michael Talent <Michael.Talent@james-otis.com>; Jonathan.Guynn@usdoj.gov
**Cc:** D. Brandon Trice <btrice@kaplanmartin.com>; Maximilian Crema <mcrema@kaplanmartin.com>; Maximilian Crema <mcrema@kaplanmartin.com>; Avita Anand <aanand@kaplanmartin.com>; Thomas Lloyd <tlloyd@kaplanmartin.com>
**Subject:** Carroll v. Trump, No. 24-644: Motion to Substitute/Sequencing

Dear Messrs. Talent and Guynn:

If we don't hear back soon on your Motion to Substitute, we plan to submit a letter to the Second Circuit next week requesting that they decide the Motion to Substitute in advance of oral argument scheduled for June 24th. Given that your Motion is relevant to issues like who can argue, we assume that you agree with this sequencing.

Either way, please let us know your position by the close of business on May 19, 2025. Thanks in advance.

Very truly yours,

Robbie

**Roberta Kaplan | Kaplan Martin LLP**
Partner
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
W: (212) 316 - 9500
rkaplan@kaplanmartin.com

Kaplan Martin LLP Confidentiality Notice: This message contains confidential information and is intended solely for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system.