**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: September 8, 2025
Docket #: 24-644
Short Title: Carroll v. Trump

DC Docket #: 1:20-cv-7311
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Lewis A. Kaplan

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.