# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-five.

Before:    Denny Chin,
              Sarah A. L. Merriam,
              Maria Araújo Kahn,
                  *Circuit Judges*.

_____

E. Jean Carroll,                                 **JUDGMENT**

      Plaintiff-Counter-Defendant-Appellee,     Docket No. 24-644

  v.

Donald Trump, in his personal capacity,

      Defendant-Counter-Claimant-Appellant.

_____

      The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED.

                                                    For the Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court