UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Donald J. Trump v. E. Jean Carroll | USCA DOCKET NUMBER:<br>24-644 | COUNSEL'S NAME:<br>D. Brandon Trice |
| | DISTRICT/AGENCY:<br>(S.D.N.Y.) | COUNSEL'S ADDRESS:<br>1133 Avenue of the America, Suite 1500<br>New York, NY 10036 |
| | DISTRICT/AGENCY NUMBER:<br>20-cv-7311 (LAK) | DATE:<br>September 22, 2025 |

Counsel for Appellee, E. Jean Carroll respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the Appellant, Donald J. Trump and in favor of Appellee, E. Jean Carroll for insertion in the mandate.

| | |
|---|---|
| Docketing Fee | n/a |
| Costs of printing appendix (necessary copies 6 ) | 293.00 |
| Costs of printing brief (necessary copies 6 ) | 239.00 |
| Costs of printing reply brief (necessary copies n/a ) | n/a |

(VERIFICATION HERE)

_[signature]_

Signature

Rev. April, 2011

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
Case No. 24-644

---

DONALD J. TRUMP,

        Defendant-Appellant,

  -against-

E. JEAN CARROLL,

        Plaintiff-Appellee.

---

**VERIFICATION OF BILL OF COSTS**

      D. Brandon Trice, an attorney admitted to practice in the United States Court of Appeals for the Second Circuit, affirms:

      1.    I am a partner of Kaplan Martin LLP, counsel of record for Plaintiff-Appellee E. Jean Carroll in this proceeding.

      2.    I verify, pursuant to Federal Rule of Appellate Procedure 39, that the costs claimed in the foregoing Bill of Costs were incurred in connection with this appellate proceeding and, as set forth, are true and correct.

      3.    Our printer's Itemized Bill of Costs, which is attached hereto, shows the following:

          a.    For Appellee's Answering Brief, our printer prepared a one-sided cover, taxable at $125.00 under Local Rule 39.1; reproduced six necessary copies of the 70-page Appellee's Brief, taxable at $.20 per page under Local Rule 39.1 or $84.00 in total; and bound six necessary copies of Appellee's Brief, taxable at $5.00 per book under Local Rule 39.1 or $30.00 in total. Thus, the taxable costs in connection with the printing and binding of Appellee's Answering Brief total $239.00.

    b. For Appellee's Supplemental Appendix, our printer prepared a one-sided cover, taxable at $125.00 under Local Rule 39.1; reproduced six necessary copies of the 115-page Appellee' Supplemental Appendix, taxable at $.20 per page under Local Rule 39.1 or $138.00 in total; and bound six necessary copies of Appellee' Supplemental Appendix, taxable at $5.00 per book under Local Rule 39.1 or $30.00 in total. Thus, taxable costs in connection with the printing and binding of Appellee's Supplemental Appendix total $293.00.

    4. The foregoing taxable costs are accurate and lower than the actual costs paid by Kaplan Martin LLP. Such actual costs are not higher than those generally charged for printing services in New York, New York.

    5. I affirm that the foregoing is true and correct under penalty of perjury.

Dated: New York, New York         */s/ D. Brandon Trice*
   September 22, 2025          D. Brandon Trice

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the Second Circuit by using the CM/ECF system which served the parties requesting ECF notifications via the Court's CM/ECF case notification system.

| | |
|---|---|
| Dated: New York, New York,<br>        September 22, 2025 | <u>*/s/ D. Brandon Trice*</u><br>D. Brandon Trice |

**Counsel Press Inc.**
**PO Box 25292**
**New Yorl, NY 10087**

# BILL OF COSTS

**CLIENT:**

Kaplan Martin LLP
156 W 56th Street, Suite 207
New York, NY 10119

**ATTN:** D. Brandon Trice

**RE:** Carroll v Trump
**INVOICE:** 120279
**COURT:** USCOA 2nd

| ITEMS: | Copies | Units | | Costs | Total |
|---|---|---|---|---|---|
| **APPELLEE'S BRIEF & SUPPLEMENTAL APPENDIX** | | | @ | | $ - |
| Cover(s) | 2 | 1 | @ | $ 125.00 | $ 250.00 |
| Reproduction - Brief | 6 | 70 | @ | $ 0.2000 | $ 84.00 |
| Reproduction - Supplemental Appendix | 6 | 115 | | $ 0.2000 | $ 138.00 |
| Binding | | 12 | @ | $ 5.00 | $ 60.00 |
| | | | | **Sub-Total** | **$ 532.00** |
| | | | **Applicable Sales Tax** | 8.875% | $ 47.22 |
| | | | | **Total** | **$ 579.22** |