S.D.N.Y. – N.Y.C.
1:20CV07311
Kaplan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of November, two thousand twenty-five.

Present:
    Denny Chin,
    Sarah A. L. Merriam,
    Maria Araújo Kahn,
        *Circuit Judges*.

---

E. Jean Carroll,

    *Plaintiff-Appellee*,

v.                                                          24-644

Donald Trump, in his personal capacity,

    *Defendant-Appellant*.

---

Defendant-Appellant has filed petitions for rehearing en banc as to the Court's decisions in this matter filed on August 8, 2025, and September 8, 2025. Plaintiff-Appellee shall file separate briefs in response to each petition, each conforming with the requirements of Rule 40(d)(3) of the Federal Rules of Appellate Procedure, on or before November 19, 2025.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court