# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of November, two thousand twenty-five.

Before:          Sarah A. L. Merriam,
                 *Circuit Judge.*

_____

E. Jean Carroll,                                    **ORDER**

    Plaintiff-Counter-Defendant-Appellee,          Docket No. 24-644

  v.

Donald Trump, in his personal capacity,

    Defendant-Counter-Claimant-Appellant.

_____

Appellee moves for a two-week extension, until December 3, 2025, to file the briefs in response to Appellant's petitions for rehearing en banc.

IT IS HEREBY ORDERED that the motion is GRANTED. The deadlines for both response briefs are extended by two weeks to December 3, 2025.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court