# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of March, two thousand twenty-six.

Before:        Sarah A. L. Merriam,
                *Circuit Judge.*

_____

E. Jean Carroll,

    Plaintiff-Counter-Defendant-Appellee,

   v.

Donald Trump, in his personal capacity,

    Defendant-Counter-Claimant-Appellant.

_____

**ORDER**

Docket No. 24-644

Appellant seeks permission to file a reply in further support of each of his petitions for rehearing en banc.

IT IS HEREBY ORDERED that the motions are DENIED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

