S.D.N.Y. – N.Y.C.
1:20CV07311
Kaplan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-six.

Present:

    Denny Chin,
    Sarah A. L. Merriam,
    Maria Araújo Kahn,
        *Circuit Judges*.

_____

E. Jean Carroll,

        *Plaintiff-Counter-Defendant-Appellee*,

    v.                                    24-644

Donald Trump, in his personal capacity,

        *Defendant-Counter-Claimant-Appellant*.

_____

Appellant filed a petition for panel and en banc rehearing following the issuance of the Court's June 18, 2025 order. Appellant filed another petition for panel and en banc rehearing following the issuance of the Court's August 8, 2025 decision. The panel has considered the requests for panel rehearing.

IT IS HEREBY ORDERED that the petitions for panel rehearing are denied.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court