24-644
*Carroll v. Trump*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-six.

Present:

DEBRA ANN LIVINGSTON,
    *Chief Judge,*
RAYMOND J. LOHIER, JR.,
RICHARD J. SULLIVAN,
JOSEPH F. BIANCO,
MICHAEL H. PARK,
WILLIAM J. NARDINI,
STEVEN J. MENASHI,
EUNICE C. LEE,
BETH ROBINSON,
MYRNA PÉREZ,
SARAH A. L. MERRIAM,
MARIA ARAÚJO KAHN,
    *Circuit Judges.*

———————————————————————

E. JEAN CARROLL,

    *Plaintiff-Counter-Defendant-Appellee,*

    v.                            24-644

DONALD TRUMP, IN HIS PERSONAL CAPACITY,

*Defendant-Counter-Claimant-Appellant*.

_____

For Plaintiff-Counter-Defendant-Appellee:   Roberta A. Kaplan (D. Brandon Trice, Maximilian T. Crema, and Avita Anand, *on the brief*), Kaplan Martin, LLP, New York, NY.

For Defendant-Counter-Claimant-Appellant:   Justin D. Smith, James Otis Law Group, LLC, St. Louis, MO.

Following disposition of this appeal on September 8, 2025, an active judge of the Court requested a poll on whether to rehear the case *en banc*. A poll having been conducted and there being no majority favoring *en banc* review, the petitions for rehearing *en banc* are hereby **DENIED**.

Sarah A. L. Merriam and Maria Araújo Kahn, *Circuit Judges*, joined by Beth Robinson and Myrna Pérez, *Circuit Judges*, concur by opinion in the denial of rehearing *en banc*.

Steven J. Menashi, *Circuit Judge*, joined by Michael H. Park, *Circuit Judge*, and joined by Debra Ann Livingston, *Chief Judge*, except as to Part II.E.1, dissents by opinion from the denial of rehearing *en banc*.

Denny Chin, *Circuit Judge*, filed a statement with respect to the denial of rehearing *en banc*.

Alison J. Nathan, *Circuit Judge*, took no part in the consideration or decision of the petitions.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

