24-644
*Carroll v. Trump*

MERRIAM and KAHN, *Circuit Judges*, writing jointly, joined by ROBINSON and PÉREZ, *Circuit Judges*, concurring in the denial of rehearing *en banc*:

We concur in the decision of the majority of the active members of the Court declining to rehear these matters *en banc*. As our colleague Judge Chin has so clearly explained in his statement, the petitions for rehearing do not point to any conflict created by the panel's opinions with binding precedent of this Circuit, another Circuit, or the Supreme Court, nor do they persuasively argue that the decisions embodied in our opinions pose a question of exceptional importance sufficient to support *en banc* review. Likewise, the arguments raised in the opinion dissenting from the denial of *en banc* review do not support rehearing.

We fully adopt the statement of Judge Chin as our concurrence in this matter.