**This is a Perma.cc record**
Captured November 6, 2025 12:43 am
**View Mode:** Standard  Screenshot

Show record details

View the live page ❯

What is Perma.cc?

# SUSMAN GODFREY

← BACK TO WINS

SHARE   BOOKMARK   PRINT   PDF



# Susman Godfrey Secures $203 Million Win for Louis Bacon in Defamation Suit Against Peter Nygard

10.04.2023

Susman Godfrey has secured a $203 million win from Supreme Court of the State of New York, County of New York on behalf of New York hedge fund legend, Louis Bacon, in his high-profile defamation lawsuit against Canadian fashion magnate Peter Nygard. This is believed to be the highest defamation judgment in New York State history.

Bacon filed the defamation action against Nygard in January, 2015, after uncovering evidence that Nygard devised a campaign to defame Bacon in various publications with false allegations: that Bacon had engaged in insider trading and was affiliated with the Ku Klux Klan. Bacon brought in New York partner, Bill Carmody, and a team from Susman Godfrey to replace prior counsel in mid-2016, as the Court granted a motion by Nygard to dismiss the case on forum non conveniens grounds in favor of litigating in the Bahamas. After getting that dismissal reversed on appeal, Susman Godfrey moved forward offensively, exposing misconduct by Nygard and his lawyers in collateral litigation.

This lawsuit was litigated on multiple fronts against multiple opposing law firms. In 2019 Susman Godfrey won a third motion to dismiss the New York case, after going through several of the defamatory statements to explain why each was actionable and how internet-platform use intersects with traditional defamation law regarding republication. In April of 2020 the action was stayed against Nygard's companies after they filed for bankruptcy, but case continued against Nygard individually.

In October 2022 Susman Godfrey secured summary judgment as to Nygard's liability for defamation on fifty of the statements in question. The Court held that the "Plaintiff presents testimony of Nygard's actions in making, creating, procuring, or promoting false statements, such as plaintiff's involvement in the Ku Klux Klan, that tend 'to expose the plaintiff to public contempt, ridicule, aversion or disgrace or induce an evil opinion of plaintiff in the minds of right-thinking persons, and to deprive plaintiff of their friendly intercourse in society.'"

The Court then referred the case to a special referee, the Hon. Layn Phillips (ret.) to hear and determine Mr. Bacon's damages against Nygard. In April, Susman Godfrey presented Mr. Bacon's case for damages against Nygard to the Special Referee, who found that Nygard executed a global, decade-long, multi-media defamation campaign "to personally and professionally destroy Bacon." The Special Referee found that Mr. Bacon was entitled to damages to compensate him for his resulting loss of standing and reputation, personal humiliation, mentual anguish, the loss of community and use and enjoyment of his property in the Bahamas, and the costs and fees he reasonably expended in efforts to mitigate these harms, as well as punitive damages and attorneys' fees for Nygard's disinterested malevolence. In total, the Special Referee awarded Mr. Bacon $203 million in damages.

"We are thrilled to end this multi-year long litigation for Mr. Bacon and that the Court agrees that

Nygård's statements about Mr. Bacon were slanderous and defamatory," said Carmody after the award was announced. "Mr. Bacon is looking forward to putting this ordeal behind him."

Joining Carmody on the matter are partners Stephen Shackelford, Mark Musico, Davida Brook and Rachel Black as well as associates Stephanie Spies, Nick Carullo and Russell Rennie.

The case is *Louis Bacon, v. Peter Nygård, Nygård International Partnership, Nygård, Inc.*, No. 150400/2015 in the Supreme Court of the State of New York.

## *Related People*

### Bill Carmody

Partner

New York

Direct (212) 336-8334

Fax (212) 336-8340

EMAIL  VCARD

### Stephen Shackelford

Partner

New York

Direct (212) 729-2012

EMAIL  VCARD

### Davida Brook

Partner

Los Angeles

Direct (310) 789-3105

EMAIL  VCARD

### Mark Musico

Partner

New York

Direct (212) 471-8357

EMAIL  VCARD

### Rachel S. Black

Partner

Seattle

Direct (206) 516-3899

EMAIL  VCARD

### Stephanie Spies

Partner

New York

Direct (212) 471-8358

EMAIL  VCARD

### Nick Carullo

Partner

New York

Direct (212) 729-2026

EMAIL  VCARD

### Russell Rennie

Associate

New York

Direct (212) 729-2050

EMAIL  VCARD

Cited in Carroll v. Trump, No. 24-644, archived on 4/29/2026

This document is protected by copyright. Further reproduction is prohibited without permission.

© 2025 Susman Godfrey L.L.P. "Susman Godfrey®" and "Choose Exceptional®" are registered trademarks of Susman Godfrey, LLP. All rights reserved.

Attorney Advertising. Unless otherwise noted in website - Not certified by Texas Board of Legal Specialization

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

Do not sell my personal information.

Cookie Settings

Accept

Cited in Carroll v. Trump, no. 24-644, archived on 4/29/2026

This document is protected by copyright. Further reproduction is prohibited without permission.