# 24-644

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

E. JEAN CARROLL,

Plaintiff-Counter-Defendant-
Appellee,

v.

PRESIDENT DONALD J. TRUMP, in his personal capacity,

Defendant-Counter-Claimant-
Appellant.

On Appeal from the United States District Court
for the Southern District of New York

## JOINDER OF THE UNITED STATES AS AMICUS CURIAE IN PRESIDENT DONALD J. TRUMP'S MOTION TO STAY MANDATE

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*

JONATHAN D. GUYNN
*Deputy Assistant Attorney General*
*Torts Branch, Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave N.W.*
*Washington, D.C. 20503*
*(202) 514-7835*
*jonathan.guynn@usdoj.gov*

Pursuant to Federal Rules of Appellate Procedure 29 and 41(d), the United States, as amicus curiae, hereby joins the Unopposed Motion of President Donald J. Trump to Stay the Mandate.  *See* Dkt. 155.1.  In addition to the unopposed arguments advanced and good cause shown in the President's motion, the United States notes that there is further good cause to stay issuance of the mandate because the United States will petition for a writ of certiorari with respect to the Panel's refusal to honor the United States' Westfall Act certification and failure to substitute the United States as the party defendant in this matter.  *See* Dkts. 124, 130.

Dated: May 5, 2026                Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*
  *Civil Division*

 */s/ Jonathan D. Guynn*
JONATHAN D. GUYNN
  *Deputy Assistant Attorney General*
  *Torts Branch, Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave N.W.*
  *Washington, D.C. 20503*
  *(202) 514-7835*
  *jonathan.guynn@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

I hereby certify this brief complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Book Antiqua, a proportionally spaced font. According to the word count of Microsoft Word, the brief contains 107 words, excluding the parts of the brief exempted under Rule 32(a)(7)(B)(iii).

*/s/ Jonathan D. Guynn*
Jonathon D. Guynn