# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of May, two thousand twenty-six.

Before:      Denny Chin,
             Sarah A. L. Merriam,
             Maria Araújo Kahn,
                *Circuit Judges.*

_____

E. Jean Carroll,

     Plaintiff-Counter-Defendant-Appellee,

   v.

Donald Trump, in his personal capacity,

     Defendant-Counter-Claimant-Appellant.

_____

**ORDER**

Docket No. 24-644

Appellant moves for a stay of the Court's mandate pending filing and disposition of a petition for a writ of certiorari in the Supreme Court. Appellee does not oppose the motion on the condition that Appellant increase the bond by $7,462,492.74 to account for the post-judgment interest that would accrue during any proceedings before the Supreme Court through October 2027.

IT IS HEREBY ORDERED that Appellant's motion to stay the mandate is GRANTED, subject to the condition that the Appellant increase the bond posted by $7,462,492.74 to account for the post-judgment interest that would accrue during any proceedings before the Supreme Court through October 2027. Appellant must increase the bond within 21 days of the date of this order, with notice to be provided to the Court within five calendar days of that happening.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit