# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

E. JEAN CARROLL,

*Plaintiff-Counter-Defendant-Appellee,*

v.

PRESIDENT DONALD J. TRUMP,

*Defendant-Counter-Claimant-Appellant.*

No. 24-644

## NOTICE OF COMPLIANCE

Pursuant to the Court's May 11, 2026 order, President Donald J. Trump has increased the bond by $7,462,492.74. This notice is provided within five calendar days of that happening.

Dated: June 1, 2026

Respectfully Submitted,

*/s/ Justin D. Smith*
Justin D. Smith
James Otis Law Group, LLC
530 Maryville Centre Drive
Suite 230
St. Louis, Missouri 63141
(816) 678-2103
Justin.Smith@james-otis.com

*Counsel for President Donald J. Trump*

1