**James Otis Law Group, LLC** ————————————
530 Maryville Center Drive, Suite 230, St. Louis, Missouri 63141

July 31, 2026

**Via ACMS**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Carroll v. Trump*, No. 24-644

Dear Ms. Wolfe:

    Pursuant to Federal Rule of Appellate Procedure 41(d)(2)(B)(ii), President Donald J. Trump hereby notifies the Court that he timely filed his petition for a writ of certiorari in the United States Supreme Court on July 28, 2026. By operation of law, the stay entered by this Court on May 11, 2026, will "continue[] until the Supreme Court's final disposition." Fed. R. App. P. 41(d)(2)(B)(ii).

    Respectfully,

    */s/ Michael Martinich-Sauter*
    Michael Martinich-Sauter
    JAMES OTIS LAW GROUP, LLC
    530 Maryville Centre Drive
    Suite 230
    St. Louis, Missouri 63141
    (314) 949-3018
    michael.martinich-sauter@james-otis.com

    *Counsel for President Donald J. Trump*

cc:    All Counsel of Record

1