**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2026

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States
v. E. Jean Carroll, et al.
No. 26-142
(Your No. 24-644)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 28, 2026 and placed on the docket July 30, 2026 as No. 26-142.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst